DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BENFIELD

No. 454P88.

Case below: 91 N.C. App. 228.

Petition by Attorney General for temporary stay allowed 28 September 1988.

STATE v. BRUCE

No. 347P88.

Case below: 90 N.C. App. 547.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. CAMPBELL

No. 352P88.

Case below: 90 N.C. App. 761.

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 6 October 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. DAY

No. 392P88.

Case below: 90 N.C. App. 711.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 October 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

STATE v. FERGUSON

No. 344P88.

Case below: 90 N.C. App. 513.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988. Appeal by Attorney General pursuant to G.S. 7A-30 dismissed 6 October 1988.